*Ruth Weyand* for respondent. 

No. 863. NEW YORK TRUST CO., TRUSTEE, ET AL. *v.* NEW YORK, SUSQUEHANNA & WESTERN RAILROAD CO. ET AL.; and

No. 872. WOODRUFF ET AL., TRUSTEES, *v.* NEW YORK, SUSQUEHANNA & WESTERN RAILROAD CO., DEBTOR, ET AL. May 20, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. Harlin O'Connell* for petitioners in No. 863. *Mr. Arthur A. Ballantine* for Commercial Trust Co.; *Mr. John M. Perry* for Central Hanover Bank & Trust Co.; and *Mr. J. H. Harrison* for National State Bank, respondents in No. 863. *Mr. Wm. Clarke Mason* for petitioners in No. 872. *Mr. John M. Perry* for Central Hanover Bank & Trust Co.; and *Mr. J. H. Harrison* for National State Bank,—respondents in No. 872. Reported below: 109 F. 2d 988.

No. 877. AMERICAN INSURANCE CO. *v.* GENTILE BROS. Co. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Harry L. Thompson* and *J. Tweed McMullen* for petitioner. *Messrs. Hugh Akerman* and *William H. Dial* for respondent. 

